AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Received by Janika Fox USMS
March 4, 2021 at 12:01 PM
JMM(USMS)

United States of America
v.
FRANCISCO PULIDO CORACERO,
also known as "Don Puli" and "Pepino"

Defendant

Case: 1:21-cr-00173
Assigned To : Chief Judge Beryl A. Howell
Assign. Date : 3/2/2021
Description: Indictment (B)
Case Related to 17-cr-185 (BAH)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Francisco Pulido Coracero, also known as "Don Puli" and "Pepino"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Five Hundred Grams or More of Methamphetamine for Importation into the United States, in violation of Title 21 U.S.C.§§ 959(a), 960, and 963.
Count 2: Conspiracy to Distribute a Listed Chemical for Manufacture of a Controlled Substance, in violation of Title 21 U.S.C.§§ 959(b), 960, and 963
Title 18 U.S.C. § 2 (Aiding and Abetting)
Title 21 U.S.C. §§ 853 and 970 (Forfeiture)

Date:  03/02/2021

Digitally signed by
G. Michael Harvey
Date: 2021.03.02
16:35:24 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/04/2021, and the person was arrested on *(date)* 05/13/2024
at *(city and state)* Washington DC

Date: 05/13/2024

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*