UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **FRANCISCO PULIDO CORACERO,** <br> also known as "Don Puli," and "Pepino," <br><br> **Defendant.** | **CRIMINAL NO. 21-CR-173 (BAH)** |

**JOINT MOTION TO CONTINUE**

The parties respectfully submit this Joint Motion to Continue. On May 13, 2024, Defendant Francisco Pulido Coracero was arraigned, and the Court entered a Minute Order scheduling an initial status hearing for May 17, 2024. On June 10, 2024, the Government produced the initial discovery to the Defendant, consisting of 43.8 gigabytes of data, including more than 3,800 wiretap audio recordings and related documents.

On May 16, 2024, July 7, 2024, October 1, 2024, and January 14, 2025, the Court granted the parties' joint motions to continue the status hearing, which is now scheduled on March 21, 2025.

The parties now request additional time for the Defendant to continue reviewing the discovery and for the parties to discuss a potential resolution of this case short of trial. Much of the voluminous discovery in this case is in Spanish and requires additional effort to meaningfully review and translate for the parties' use. Accordingly, the parties jointly request that the Court continue the March 21, 2025, status hearing to on or after May 19, 2025. The parties believe that continuing the status hearing would afford the parties additional time to meaningfully apprise the Court of how they would like to proceed with the ultimate disposition of this matter.

The parties additionally request that the Court exclude time, through the date of the next status hearing, from the Court's calculation of the time within which trial should commence pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this continuance would serve the ends of justice by affording the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would allow the Defendant time to review the discovery and decide how to proceed, and the parties time to discuss a resolution short of trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

Respectfully Submitted By:

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U. S. Department of Justice

| | |
|---|---|
|   */s/ Mariel Colon Miro* |   */s/ Douglas Meisel* |
| Mariel Colon Miro | Douglas Meisel |
| Law Offices of Mariel Colon Miro | Lernik Begian |
| 300 Cadman Plaza W 12th Floor | Trial Attorneys |
| Suite 381 | Narcotic and Dangerous Drug Section |
| Brooklyn, NY 11201 | Criminal Division |
| Tel: (917) 743-7071 | U.S. Department of Justice |
| Email: mariel.colon8@gmail.com | 145 N Street, NE |
| *Counsel for the Defendant* | Washington, D.C. 20530 |
| | Tel.:    (202) 598-2281 |
| | Email: douglas.meisel@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 14th day of March 2025.

                                                                             */s/ Douglas Meisel*
                                                                             Douglas Meisel
                                                                             Trial Attorney
                                                                             Narcotic and Dangerous Drug Section
                                                                             Criminal Division
                                                                             U.S. Department of Justice