# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO PULIDO CORACERO<br>also known as "Don Puli," and "Pepino"<br><br>and<br><br>CARLOS ALGREDO VAZQUEZ,<br><br>Defendants. | CRIMINAL NO. 21-CR-173 (BAH) |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Gwendolyn Stamper, Trial Attorney of the Narcotic and Dangerous Drug Section, can be terminated as counsel of record for the Government in the instant matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　MARLON COBAR, Chief
　　　　　　　　　　　　　　　　　　　　Narcotic and Dangerous Drug Section
　　　　　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　By:　　*/s/ Gwendolyn Stamper*
　　　　　　　　　　　　　　　　　　　　Gwendolyn Stamper, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Narcotic and Dangerous Drug Section
　　　　　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　145 N Street, NE
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Tel.:　(202) 514-1138
　　　　　　　　　　　　　　　　　　　　Email: Gwendolyn.Stamper@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 20th day of August 2025.

                                                */s/ Gwendolyn Stamper*
                                                Gwendolyn Stamper
                                                Trial Attorney
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division
                                                U.S. Department of Justice