UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO PULIDO CORACERO,<br>also known as "Don Puli," and "Pepino,"<br><br>and<br><br>CARLOS ALGREDO VAZQUEZ,<br><br>                          Defendants. | CRIMINAL NO.: 21-CR-173 (BAH) |

**JOINT STATUS REPORT, PROPOSED TRIAL AND CIPA SCHEDULE**

The United States and Defendants Francisco Pulido Coracero and Carlos Algredo Vazquez (the "Defendants"), through undersigned counsel (the "parties"), respectfully submit this joint status report and response to the Court's Minute Entry on October 10, 2025, directing the parties to jointly propose three potential trial dates and a Classified Information Procedures Act ("CIPA") schedule.  Min. Order, Oct. 10, 2025.

On October 3, 2025, the Government communicated formal plea offers to counsel for both Defendants, which expired on October 9, 2025.

The parties have conferred and propose the following possible trial dates:

CIPA, Sect. 2 Hearing: December 11, 2025

CIPA, Sect. 4 Motions: May 29, 2026

Pretrial Motions: September 25, 2026 (motions); October 9, 2026 (responses); October 16, 2026 (replies)

Pretrial Conference: November 17, 2026

Trial: December 1, 2026 (alternatively, December 7 or January 11, 2027[1])

---

[1] Defense counsel for Defendant Algredo Vazquez is scheduled to begin a one-month federal homicide trial on August 17, 2026; therefore, an earlier trial date would not provide adequate time for defense counsel to prepare his pre-trial

The parties further note that the proposed schedule is contingent on continued funding to allow travel, investigation, and defense experts to be retained.

The parties additionally request that the Court exclude the time from December 11, 2025, to the trial date from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B)(i) and (iv). Specifically, the parties submit that this proposed schedule would serve the ends of justice by affording the parties reasonable time necessary for effective preparation, particularly in light of the voluminous discovery, Spanish-language documents and audio files that must be translated for use at trial, and the need to arrange for foreign witness travel.

Respectfully submitted this 5th day of December 2025 by:

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U. S. Department of Justice

/s/   *A. Eduardo Balarezo*
A. Eduardo Balarezo.
Balarezo Law
400 Seventh Street, NW Suite 306
Washington, D.C. 20004
(202) 639-0999
Fax: (202) 639-0899
Email: filings@balarezolaw.com
Counsel for Defendant Algredo Vazquez

/s/   *Douglas Meisel*
Douglas Meisel
Kaitlin Sahni
Lernik Begian
Trial Attorneys
U. S. Department of Justice
Money Laundering, Narcotics and Forfeiture Section
1400 New York Avenue, NW
Washington, D.C. 20005
douglas.meisel@usdoj.gov
(202) 598-2281

*/s/ Heather Shaner*
H. Heather Shaner
Law Offices of H. Heather Shaner
1702 S Street, NW
Washington, DC 20009

---

motions following the anticipated completion of the August trial. If the Court schedules a January trial date, the parties respectfully request the opportunity to propose later motions and pretrial conference dates.

(202) 265-8210
Fax: (202) 332-8057
Email: hhsesq@aol.com
Counsel for Defendant Pulido Coracero

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF, to counsel of record for the defendant, this 5th day of December 2025.

By: /s/ *Douglas Meisel*
Douglas Meisel
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice
